UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00213-MOC-DCK

[and 3:17cr367]

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER OF CONTINUANCE |
| ) | (Additional Time to Prepare Required) |
| **Anthony Latrel Player** ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue (#35) is **GRANTED,** this matter is continued to the next criminal term, and the court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. Specifically, defendant and counsel have shown a need for additional time to review discovery and other

materials, especially in light of the recent appearance of counsel, in preparing for trial or other resolution of this matter. This matter is continued to the May 2018 term, and the time is excluded.

Signed: February 21, 2018

Max O. Cogburn Jr
United States District Judge