UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00367-MOC-DCK-1
(3:19-cv-00474-MOC)
(3:19-cv-00704-MOC)

| | |
|---|---|
| **ANTHONY LATREL PLAYER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on Petitioner's *pro se* Letter (Doc. No. 41) requesting a determination of a certificate of appealability. This Court entered an Order (Doc. No. 36) denying Petitioner's § 2255 petition on February 11, 2020.

Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, this Court declines to issue a certificate of appealability as Petitioner has not made a debatable claim of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Miller–El v. Cockrell, 537 U.S. 322, 336–38 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); Slack v. McDaniel, 529 U.S. 473, 484–85 (2000) (in order to satisfy § 2253(c) when court denies relief on procedural grounds, a petitioner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right).

**ORDER**

**IT IS, THEREFORE, ORDERED** that Petitioner's pro se Letter (Doc. No. 41) is **DENIED** insofar as the Court has made a determination that it will not issue a certificate of appealability to Petitioner.

Signed: January 25, 2021

Max O. Cogburn Jr.
United States District Judge