UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-367-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANTHONY LATREL PLAYER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Reconsideration of the Court's Order denying Defendant's Motion for Compassionate Release and Motion for Sentence Reduction under the First Step Act. (Doc. No. 62).

Defendant's sole contention in his motion for consideration is that this Court erred when finding that Defendant's First Step Act claim was meritless because he would have received the same sentence on his Section 924(c) firearm conviction if he were sentenced today. However, the Court correctly found that in its Order denying Defendant's motion that at the time he was convicted and today, Defendant's drug-trafficking offense is a "drug trafficking crime" sufficient to support his section 924(c) firearm conviction. The Court concluded correctly, therefore, that Defendant's First Step Act claim is without merit.

**ORDER**

**(1) IT IS, THEREFORE, ORDERED** that Defendant's Motion for Reconsideration (Doc. No. 62) is **DENIED**.

Signed: July 13, 2022

Max O. Cogburn Jr.
United States District Judge